IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE BONNER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 20-748 |
| | : | |
| THE DISTRICT OF ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, | : | |
| *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 26th day of January 2023, upon receipt of Magistrate Judge Heffley's Report and Recommendation and petitioner Terrence Bonner's Objections,[1] it is hereby **ORDERED** as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case CLOSED.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

---

[1] Mr. Bonner's objections submitted after Judge Heffley's R&R represent his first opportunity to make formal arguments given his claimed "extraordinary circumstances." While arguably defaulted, many of his arguments were addressed by Judge Heffley, and those that were not addressed are meritless. His argument about the fingerprint employee's resignation is not a new argument, has not had any merit at any stage in this case, and is not substantiated by any evidence.